# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT THOMAS MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD A. RAMBERG, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. EDCV 08-0827-SJO (JEM) <br><br> **J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 9/14/10

*S. James Otero*
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE